UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JANE R. KING,

           Plaintiff,                      ORDER

              v.                          16-cv-89-wmc

STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,

           Defendants.

---

The court having been advised that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 9th day of May, 2017.

                              BY THE COURT:

                              /s/

                              _____
                              William M. Conley
                              District Judge